IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RDB-17-0655 |
| LAUREN MONTILLO | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court having reviewed the Motion to Vacate Location Monitoring Condition (ECF#114) filed by the Defendant and the lack of consent by the Government and good cause having <u>NOT</u> been shown;

IT IS HEREBY ORDERED this 4th day of June 2019, that said motion is DENIED.

_/s/ Richard D. Bennett_
Richard D. Bennett
United States District Judge